```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                      CRIMINAL ACTION

VERSUS                                        NO: 12-127

YAHIA M. ASAD                                 SECTION: R
```

### ORDER AND REASONS

Before the Court is the United States' Motion For Release of Bond Money For Credit Towards Criminal Restitution.[1] The government asks that the Court release defendant Yahia M. Asad's $100,000 cash bond for credit towards the outstanding balance of his criminal restitution payment.[2]

Under 28 U.S.C. § 2044,

> On motion of the United States attorney, the court shall order any money belonging to and deposited by or on behalf of the defendant with the court for the purposes of a criminal appearance bail bond (trial or appeal) to be held and paid over to the United States attorney to be applied to the payment of any assessment, fine, restitution, or penalty imposed upon the defendant. . . . This section shall not apply to any third party surety.

The statute applies only to money "belonging to" the defendant. Thus, it clearly does not allow the court to transfer bail funds if "a third party, not the defendant, has provided his own money to post defendant's bail." *United States v. Equere*, 916 F. Supp. 450, 452 (E.D. Pa. 1996); *accord United States v. Sparger*, 79 F. Supp. 2d 714, 719 (W.D. Tex. 1999); *United States*

---

[1] R. Doc. 75.

[2] *Id.*

*v. Harris*, No. 95-180, 1996 WL 291200, at *1 (E.D. La. May 29, 1996).

The government asserts that "[t]he evidence in this case establishes that the $100,000 bond money 'belong[ed] to' . . . Asad," but it has provided no support for this contention.[3] Based on the Court's examination of the record in this case, it appears that the bond money did not belong to the defendant, but rather was posted by a third party, Saleh Abdallah.[4] Accordingly, the money may not lawfully be applied to defendant's restitution obligation.

The government's motion is DENIED.

New Orleans, Louisiana, this 23rd day of July, 2013.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[3] R. Doc. 75-2 at 2.

[4] R. Docs. 17, 18, 19.