UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 12-127 |
| YAHIA M. ASAD | SECTION: R |

**ORDER**

In September 2013, defendant Yahia Asad filed a motion to vacate under 28 U.S.C. § 2255.[1] On April 2, 2014, the Court dismissed Asad's petition with prejudice insofar as it asserted an ineffective assistance of counsel claim based on *Flores-Figueroa v. United States*, 556 U.S. 646 (2000), and it referred another portion of the petition to the Magistrate Judge for an evidentiary hearing.[2]

Asad now moves the Court to withdraw his motion to vacate under 28 U.S.C. § 2255.[3] The Court GRANTS the motion and dismisses the remainder of Asad's petition.

New Orleans, Louisiana, this 22nd day of April, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 80.

[2] R. Doc. 98 at 14.

[3] R. Doc. 102.

1